# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLON VINCENT De La Torre, | CV F   06-0072 REC SMS HC |
| Petitioner, | ORDER OF TRANSFER |
| v. | |
| ARNOLD SCHWARZENEGGAR, | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition on January 23, 2006.  On the form petition, Petitioner indicates that he was convicted and sentenced in the Los Angeles County Superior Court, which is located within the United States District Court for the Central District of California.  Petitioner is currently incarcerated at Chino State Prison, which is also within the jurisdiction of the Central District of California.  Petitioner is challenging a parole revocation hearing.

The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same state, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

1   Because Petitioner is challenging a parole revocation hearing from Los Angeles County,
2 which is within the Central District of California, the petition should have been filed in the
3 United States District Court for the Central District of California.  In the interest of justice, a
4 federal court may transfer a case filed in the wrong district to the correct district.  <u>See</u> 28
5 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir.1974).
6   Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United
7 States District Court for the Central District of California.

9 IT IS SO ORDERED.

10 **Dated:    March 1, 2006**                        /s/ Sandra M. Snyder
ah0l4d                                             UNITED STATES MAGISTRATE JUDGE